# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| CHRISTOPHER R. MARTIN,                    Petitionerv.SCOTT LANDRY,                    Respondent | CIVIL NO. 2:14-CV-439-DBH |

# ORDER AFFIRMING RECOMMENDED DECISION
# OF THE MAGISTRATE JUDGE

On March 27, 2015, the United States Magistrate Judge filed with the court, with a copy to the petitioner and the Office of the Attorney General, his Recommended Decision on 28 U.S.C. § 2254 Motion.  The petitioner filed his objection to the Recommended Decision on April 27, 2015.  I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decisions; and I concur with the recommendation of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**.  The petitioner's motion is **DISMISSED**.

I find that no certificate of appealability, pursuant to Rule 11 of the Rules Governing Section 2254 Cases, shall issue because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

**SO ORDERED.**

**DATED THIS 5TH DAY OF MAY, 2015**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**